**In re Manuel Raul REYES–PENA.**

**No. 13–mc–56.**

United States District Court,
C.D. Illinois,
Springfield Division.

Aug. 1, 2013.

Manuel Raul Reyes Pena, Terre Haute, IN, pro se.

### ORDER

RICHARD MILLS, District Judge:

"Self-defense is nature's eldest law."

˜John Dryden

Just as an individual has a right to protect himself, the Court, too, has a right to protect itself (and scarce judicial resources) from abusive litigants who have repeatedly proven themselves to be a burden on the system by litigating a host of frivolous, vexatious, and malicious actions.

The Court is in receipt of eleven pages from Manuel Raul Reyes–Pena.

It purports to be a complaint against the Chair of the Federal Election Commission, challenging the election of President Obama. It is rambling, unintelligible, and full of gibberish. President Obama's name is misstated and a crude word is used as part of his name. One of the pages has a

sticker from a "Chiquita"-brand banana affixed to it.

Although Reyes–Pena is new to this Court, he has long been a problem litigant in federal courts throughout the United States. He is currently housed at the United States Penitentiary at Terre Haute, Indiana.

The Court will not allow Reyes–Pena to waste scarce judicial resources within this district.

*Ergo,* this action is hereby DISMISSED.

The Clerk is directed to add Manuel Raul Reyes–Pena, a/k/a Manuel Raul Reyes Pena, a/k/a Manuel Raul Reyes Pena Montero, to the list of restricted filers. Any further pleadings submitted by Reyes–Pena shall be returned unfiled.

IT IS SO ORDERED.